UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| In re: | |
| Adeel S. Gill | Chapter 13 |
| Nabeela S. Mall | Case No. 26-13740-PMM |
| Debtors | |

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, BMW Financial Services NA, LLC service provider for BMW Bank of North America, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: September 15, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*__________

Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC service provider for BMW Bank of North America
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-009651