ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com
Attorneys for First Harvest Credit union
f/k/a South Jersey Federal Credit Union

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia) |
| Adeel S Gill and<br>Nabeela S Mall | : | CASE NO.: 26-13740-pmm |
| | : | CHAPTER 13 |
| Debtor. | : | Honorable Patricia M Mayer |

**APPLICATION FOR ENTRY OF CONSENT ORDER IN LIEU OF MOTION UNDER E.D.P.A. LBR 9013-1(a)**

The application of First Harvest Credit Union f/k/a South Jersey Federal Credit Union ("Credit Union"), by and through its counsel, Robert J. Malloy, Esq. (Applicant) respectfully represents:

1. The Credit Union is a secured creditor of Debtor, having a security interest in a 2020 Cadillac Escalade ESV ("Collateral") which secures the obligations owed to the Credit Union by the Debtor as evidenced by the Retail Installment Sale Contract dated June 5, 2025. Debtor has proposed a plan to surrender the Collateral to the Credit Union.

2. Applicant has contemporaneously filed the Consent Order Granting First Harvest Credit Union Relief from the Automatic Stay (the "Consent Order") and the Certification of Consent which sets forth the terms of the resolution of the matter.

3. Entry of the Consent Order is not prohibited under the Federal Rules of Bankruptcy Procedure or the E.D.P.A. LBR.

**WHEREFORE**, Applicant requests the entry of the Consent Order submitted herewith.

Dated: September 18, 2026 /s/ Robert J. Malloy, Esquire