ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
**ecf@robmalloylaw.com**
Attorneys for First Harvest Credit Union
f/k/a South Jersey Federal Credit Union

| | | |
|---|---|---|
| IN RE | : | UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia) |
| Adeel S Gill and Nabeela S Mall | : | CASE NO.: 26-13740-pmm |
| | : | CHAPTER 13 |
| Debtor. | : | Honorable Patricia M Mayer |

## CERTIFICATION OF CONSENT

I, Robert J. Malloy, certify:

1. I am counsel to First Harvest Credit Union f/k/a South Jersey Federal Credit Union (the "Credit Union") and am fully familiar with the facts and circumstances of this case.

2. Simultaneously with this Certification of Consent, I have submitted to the Court for consideration the Consent Order Granting First Harvest Credit Union Relief from the Automatic Stay (the "Consent Order") in connection with the above referenced matter.

3. The terms of the Consent Order are identical to those set forth in the original Consent Order.

4. The signatures represented by the __/s/__ on the submitted Consent Order reference signatures of consenting parties obtained on the original Consent Order.

5. I will retain the original Consent Order for the required seven year retention period.

6. I have simultaneously filed this Certificate of Consent with the Clerk.

I certify under penalty of perjury that the foregoing statements made by me are true and correct. Executed this day the 18th of September 2026.

/s/ Robert J. Malloy, Esq.
Robert J. Malloy, Esq. Attorney for First Harvest Credit Union