**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** Adeel S Gill and Nabeela S Mall | : | **Chapter** | 13 |
| | : | | |
| **Debtor** | : | **Bky. No.** | 26-13740-pmm |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, Robert J Malloy, Esquire, certify that on 9/18/26, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Document 1 Application for Consent Order in Lieu of Motion
- Document 2 Certification of Consent
- Document 3 Consent Order Granting Relief from Automatic Stay to First Harvest Credit Union

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/18/2026

Signature /s/ Robert J Malloy, Esquire
Name and Attorney ID (if applicable)
Firm Name Robert J Malloy, Esquire P.C.
Address 2 North Maple Avenue
City, State, Zip Marlton NJ 08053
Phone Number (856) 596-9222
Email ecf@robmalloylaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Kenneth E West
Address 190 North Independence Mall West, Suite 701, Philadeelphia PA 19106
Relationship of Party Chapter 13 Trustee
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☒ e-mail:
☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Michael A Cibik, Esquire
Address 1500 Walnut Street, Suite 900, Philadelphia PA 19102
Relationship of Party Debtors' Attorney
Via: ☐ CM/ECF X 1st Class Mail ☐ Certified Mail X e-mail:
☐ Other:

Name Adeel S Gill and Nabeela S Mall
Address 145 Kingston Road, Cheltenham PA 19012
Relationship of Party Debtors
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: