ST NEUMANN PAYROLL LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

**Earning Statement** bektek
Period Begin: 08/09/2026
Period End: 08/22/2026
Pay Date: 08/27/2026

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 32.00 | 60.00 | 1920.00 | 36472.00 |
| Paid Overtime | | | | 5028.00 |
| Diff $1.00 | | | | 15.25 |
| Diff $1.00 OT | | | | 1.50 |
| Vacation | 32.00 | 11.50 | 368.00 | 368.00 |
| Hol | | | | 976.00 |
| Pto | | | | 1840.00 |
| | | 71.5 | 2,288.00 | 44,700.75 |
| **Tax** | | | | |
| Federal Income Tax | | | 0.00 | -391.20 |
| FICA | | | -141.86 | -2771.46 |
| Medicare | | | -33.18 | -648.17 |
| Pennsylvania State Tax | | | -70.24 | -1372.32 |
| Pennsylvania SUI | | | -1.60 | -31.29 |
| Philadelphia City Tax | | | -85.46 | -1664.39 |
| | | | -332.34 | -6,878.83 |
| **Deduction** | | | | |
| | | | 0.00 | |
| **Net Total** | | | **1955.66** | **37,821.92** |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Acct: XXXXXXX16463; Routing: XXXX02084 | 1,955.66 |
| Total: | 1,955.66 |

**Employee Info**
Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149
Department: Nursing
Position: LPN

| Other Items | Amount | Ytd |
|---|---|---|

**Important Notes:**
None

10400 Roosevelt Operating LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

Pay Date 08/27/2026
! NOT A CHECK !

Deposit *** One Thousand Nine Hundred Fifty-Five Dollars and 66 Cents *** $1,955.66

Deposit to the account of
Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149

!! STUB ONLY !!
**NON-NEGOTIABLE**

**VOID VOID**

NOT FOR DEPOSIT

ST NEUMANN PAYROLL LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

**Earning Statement** bektek
Period Begin: 07/26/2026
Period End: 08/08/2026
Pay Date: 08/13/2026

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 32.00 | 80.00 | 2560.00 | 34552.00 |
| Paid Overtime | 48.00 | 28.50 | 1368.00 | 5028.00 |
| Diff $1.00 | | | | 15.25 |
| Diff $1.00 OT | | | | 1.50 |
| Hol | | | | 976.00 |
| Pto | | | | 1840.00 |
| | | 108.5 | 3,928.00 | 42,412.75 |
| **Tax** | | | | |
| Federal Income Tax | | | -149.82 | -391.20 |
| FICA | | | -243.54 | -2629.60 |
| Medicare | | | -56.96 | -614.99 |
| Pennsylvania State Tax | | | -120.59 | -1302.08 |
| Pennsylvania SUI | | | -2.75 | -29.69 |
| Philadelphia City Tax | | | -146.71 | -1578.93 |
| | | | -720.37 | -6,546.49 |
| **Deduction** | | | | |
| | | | 0.00 | |
| **Net Total** | | | **3207.63** | **35,866.26** |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Acct: XXXXXXXX93937; Routing: XXXX82944 | 3,207.63 |
| Total: | 3,207.63 |

**Employee Info**

Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149
Department: Nursing
Position: LPN

| Other Items | Amount | Ytd |
|---|---|---|

**Important Notes:**

None

10400 Roosevelt Operating LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

Pay Date 08/13/2026
! NOT A CHECK !

Deposit *** Three Thousand Two Hundred Seven Dollars and 63 Cents *** $3,207.63

Deposit to the account of
Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149

!! STUB ONLY !!
**NON-NEGOTIABLE**

**VOID VOID**

NOT FOR DEPOSIT

ST NEUMANN PAYROLL LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

**Earning Statement** bektek
Period Begin: 07/12/2026
Period End: 07/25/2026
Pay Date: 07/30/2026

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 32.00 | 62.50 | 2000.00 | 31992.00 |
| Paid Overtime | | | | 3660.00 |
| Diff $1.00 | | | | 15.25 |
| Diff $1.00 OT | | | | 1.50 |
| Hol | | | | 976.00 |
| Pto | | | | 1840.00 |
| | | 62.5 | 2,000.00 | 38,484.75 |
| **Tax** | | | | |
| Federal Income Tax | | | 0.00 | -241.38 |
| FICA | | | -124.00 | -2386.06 |
| Medicare | | | -29.00 | -558.03 |
| Pennsylvania State Tax | | | -61.40 | -1181.49 |
| Pennsylvania SUI | | | -1.40 | -26.94 |
| Philadelphia City Tax | | | -74.70 | -1432.22 |
| | | | -290.50 | -5,826.12 |
| **Deduction** | | | | |
| | | | 0.00 | |
| **Net Total** | | | **1709.50** | **32,658.63** |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Acct: XXXXXXXX93937; Routing: XXXX82944 | 1,709.50 |
| Total: | 1,709.50 |

**Employee Info**

Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149
Department: Nursing
Position: LPN

| Other Items | Amount | Ytd |
|---|---|---|

**Important Notes:**

None

10400 Roosevelt Operating LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

Pay Date 07/30/2026
! NOT A CHECK !

Deposit *** One Thousand Seven Hundred Nine Dollars and 50 Cents *** $1,709.50

Deposit to the account of
Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149

!! STUB ONLY !!
**NON-NEGOTIABLE**

**VOID VOID**

NOT FOR DEPOSIT

ST NEUMANN PAYROLL LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

**Earning Statement** bektek

Period Begin: 06/28/2026
Period End: 07/11/2026
Pay Date: 07/16/2026

| Earning | Rate | Hours | Amount | Ytd |
|---|---|---|---|---|
| Paid Regular | 32.00 | 63.75 | 2040.00 | 29992.00 |
| Paid Overtime | | | | 3660.00 |
| Diff $1.00 | | | | 15.25 |
| Diff $1.00 OT | | | | 1.50 |
| Hol | 32.00 | 11.50 | 368.00 | 976.00 |
| Pto | | | | 1840.00 |
| | | 75.25 | 2,408.00 | 36,484.75 |
| **Tax** | | | | |
| Federal Income Tax | | | 0.00 | -241.38 |
| FICA | | | -149.30 | -2262.06 |
| Medicare | | | -34.92 | -529.03 |
| Pennsylvania State Tax | | | -73.93 | -1120.09 |
| Pennsylvania SUI | | | -1.69 | -25.54 |
| Philadelphia City Tax | | | -89.94 | -1357.52 |
| | | | -349.78 | -5,535.62 |
| **Deduction** | | | | |
| | | | 0.00 | |
| **Net Total** | | | **2058.22** | **30,949.13** |

| Other Benefit/Info | Amount | Ytd |
|---|---|---|

| Funding Info (Account/Routing/Check #) | Amount |
|---|---|
| Acct: XXXXXXXX93937; Routing: XXXX82944 | 2,058.22 |
| Total: | 2,058.22 |

**Employee Info**

Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149
Department: Nursing
Position: LPN

| Other Items | Amount | Ytd |
|---|---|---|

**Important Notes:**

None

10400 Roosevelt Operating LLC
10400 Roosevelt Boulevard
Philadelphia, PA 19116

Pay Date 07/16/2026
! NOT A CHECK !

Deposit *** Two Thousand Fifty-Eight Dollars and 22 Cents *** $2,058.22

Deposit to the account of
Nabeela Mall
6502 Roosevelt Blvd
Philadelphia, PA 19149

!! STUB ONLY !!
**NON-NEGOTIABLE**

**VOID VOID**