ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com
Attorneys for First Harvest Credit Union
F/k/a South Jersey Federal Credit Union

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia) |
| Adeel S Gill and Nabeela S Mall | : | CASE NO.: 26-13740-pmm |
| | : | CHAPTER 13 |
| Debtor. | : | Honorable Patricia M Mayer |

**CONSENT ORDER GRANTING FIRST HARVEST**
**CREDIT UNION RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: __________________________________

Honorable Patricia M. Mayer
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by First Harvest Credit Union (the "Credit Union"), by and through its counsel, Robert J. Malloy, Esquire, and by the Debtors, Adeel S Gill and Nabeela S Mall (the "Debtors"), by and through their counsel, Michael A Cibik, Esquire, and the Debtors having agreed to surrender to the Credit Union their 2020 Cadillac Escalade ESV ("Collateral") which Collateral secures the obligation to the Credit Union and the parties having amicably resolved the matter, and for good cause, it is

**ORDERED** that the Debtors shall surrender the Collateral to the Credit Union and the Credit Union shall be and hereby is granted relief from the automatic stay so that it may enforce its rights and remedies against the Collateral under applicable law.

**FURTHER ORDERED** that the Credit Union will file a Proof of Claim for any deficiency balance.

WE HEREBY CONSENT TO THE
FORM AND CONTENT HEREOF:

Miichael A Cubik, Esquire
Attorneys for the Debtors
Adeel S Gill and Nabeela S Mall

_/s/ Michael A Cubik _______________
By: /s/ Michael A Cubik, Esquire

Robert J. Malloy, Esquire, PC
Attorney for First Harvest Credit Union

_/s/ Robert J. Malloy, Esquire _________
By: /s/ Robert J. Malloy, Esquire ___