UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br><br>Debtors | Chapter 13<br>Case No. 26-13740-PMM |
| BMW FINANCIAL SERVICES NA, LLC<br>SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA<br><br>Movant<br><br>v.<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P. 4001(a)(4)**

NOW COMES BMW Financial Services NA, LLC service provider for BMW Bank of North America, a secured creditor in the above-captioned bankruptcy case, by its counsel, Orlans Law Group PLLC, as and for a motion pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(a)(4), seeking an Order granting relief from the Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2010 Rolls Royce Ghost and states the following as grounds therefore:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(b) and § 157(a) and 11 U.S.C. § 362(d). Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. On September 8, 2026, the Debtors, above-named, filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the Eastern District of Pennsylvania.

3. BMW Financial Services NA, LLC service provider for BMW Bank of North America (the "Creditor") is a secured creditor and the holder of a duly perfected security interest in one (1) 2010 Rolls Royce Ghost VIN No. SCA664S5XAUX48555 (the "Vehicle") pursuant to a Motor Vehicle Retail Installment Contract - New Jersey (the "Contract"), a retail installment contract between the Debtors and FC Kerbeck and Sons (the "Seller"), entered into on January 4, 2025, whereby the Debtors agreed to pay a total of $104,312.40 in 60 monthly payments of $1,738.54 each in connection with the purchase of the Vehicle. Thereafter, pursuant to its terms, the Contract was duly assigned by the Seller to BMW Financial Services NA, LLC service provider for BMW Bank of North America and the latter is now the holder and owner of the same. True and correct redacted versions of the Contract and Proof of Lien Perfection are attached as Exhibits "A" and "B", respectively.

4. Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the Court shall grant relief from the automatic stay for cause, including lack of adequate protection of an interest in property of such party in interest.

5. As of September 10, 2026, the net total balance due on the obligation to Creditor was $77,399.50.

6. As of September 10, 2026, the Debtors are in default of the payment obligations to the Creditor pursuant to the terms and conditions of the Contract/Lease as follows:

   a. The contractual monthly payment is $1,738.54;

   b. Contractual arrears are due in the amount of $3,477.08, together with contractual late charges;

   c. The foregoing does not represent any amount which may be due for costs and attorneys' fees as may be allowed by the Court.

7. That Creditor has ascertained that the average retail value of the Vehicle is $85,700.00 based on J.D. Power Used Car Guide's estimated value of the Vehicle estimated value of the Vehicle. A copy of the J.D. Power Guide for valuation of the Vehicle is attached hereto as Exhibit "C."

8. Upon information and belief, there is no other encumbrance affecting the Vehicle, and there is no other collateral securing the indebtedness.

9. The Vehicle was repossessed on August 10, 2026.

10. It is respectfully asserted that the Creditor's interest in the Vehicle will not be adequately protected if the automatic stay is allowed to remain in effect.

11. Accordingly, sufficient cause exists to grant the Creditor relief from the automatic stay.

WHEREFORE, the Creditor, BMW Financial Services NA, LLC service provider for BMW Bank of North America, respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d), either:

   a. Granting the Creditor relief from the automatic stay in order to obtain possession and dispose of the Vehicle, the entry of which order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(4); and

b. For such other and further relief as the Court may deem just and proper.

Date: September 25, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*________
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC service provider for BMW Bank of North America
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-009651