UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br><br>Debtors | Chapter 13<br>Case No. 26-13740-PMM |
| BMW FINANCIAL SERVICES NA, LLC SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA<br><br>Movant<br><br>v.<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on September 25, 2026, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 25, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*______
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC service provider for BMW Bank of North America
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-009651

VIA US MAIL

Adeel S. Gill, Debtor
145 Kingston Rd
Cheltenham, PA 19012

Nabeela S. Mall, Debtor
145 Kingston Rd
Cheltenham, PA 19012

VIA ECF

Michael A. Cibik, Esq. on behalf of Debtors

Kenneth E. West Esq., Chapter 13 Trustee