United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Adeel S. Gill
Nabeela S. Mall
Debtors

Case No. 26-13740-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Sep 25, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | Adeel S. Gill, 145 Kingston Rd, Cheltenham, PA 19012-1213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor BMW Financial Services NA LLC service provider for BMW Bank of North America ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Nabeela S. Mall help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Adeel S. Gill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT J. MALLOY | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com
Attorneys for First Harvest Credit Union
F/k/a South Jersey Federal Credit Union

| | | |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT |
| IN RE: | : | FOR THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA (Philadelphia) |
| Adeel S Gill and | : | |
| Nabeela S Mall | : | CASE NO.: 26-13740-pmm |
| | : | |
| | : | CHAPTER 13 |
| Debtor. | : | |
| | | Honorable Patricia M Mayer |

**CONSENT ORDER GRANTING FIRST HARVEST**
**CREDIT UNION RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED:
**September 25, 2026**

Honorable Patricia M. Mayer
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by First Harvest Credit Union (the "Credit Union"), by and through its counsel, Robert J. Malloy, Esquire, and by the Debtors, Adeel S Gill and Nabeela S Mall (the "Debtors"), by and through their counsel, Michael A Cibik, Esquire, and the Debtors having agreed to surrender to the Credit Union their 2020 Cadillac Escalade ESV ("Collateral") which Collateral secures the obligation to the Credit Union and the parties having amicably resolved the matter, and for good cause, it is

**ORDERED** that the Debtors shall surrender the Collateral to the Credit Union and the Credit Union shall be and hereby is granted relief from the automatic stay so that it may enforce its rights and remedies against the Collateral under applicable law.

**FURTHER ORDERED** that the Credit Union will file a Proof of Claim for any deficiency balance.

WE HEREBY CONSENT TO THE
FORM AND CONTENT HEREOF:

Miichael A Cubik, Esquire
Attorneys for the Debtors
Adeel S Gill and Nabeela S Mall

/s/ Michael A Cubik ______________
By: /s/ Michael A Cubik, Esquire

Robert J. Malloy, Esquire, PC
Attorney for First Harvest Credit Union

/s/ Robert J. Malloy, Esquire ________
By: /s/ Robert J. Malloy, Esquire