UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br><br>Debtors | <br><br>Chapter 13<br>Case No. 26-13740-PMM |
| BMW FINANCIAL SERVICES NA, LLC SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA<br><br>Movant<br><br>v.<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Doc. No. 19 |

**CERTIFICATE OF NO RESPONSE**

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on September 25, 2026 (Docket No.19) by BMW Financial Services NA, LLC service provider for BMW Bank of North America, and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: October 12, 2026

Respectfully Submitted,

*/s/ Garrett Wilson*__________
Elizabeth A. Trachtman, Esq. PA 333427
Garrett Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849

Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC service provider for BMW Bank of North America
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-009651