UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br><br>Debtors | Chapter 13<br>Case No. 26-13740-PMM |
| BMW FINANCIAL SERVICES NA, LLC SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA<br><br>Movant<br><br>v.<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

**CERTIFICATE OF SERVICE**

I, Garrett Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on October 12, 2026, I caused to be served a copy of Certificate of No Response on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 12, 2026

Respectfully Submitted,

*/s/ Garrett Wilson*____________
Elizabeth A. Trachtman, Esq. PA 333427
Garrett Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC service provider for BMW Bank of North America

200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-009651

VIA US MAIL
Adeel S. Gill, Debtor
145 Kingston Rd
Cheltenham, PA 19012

Nabeela S. Mall, Debtor
145 Kingston Rd
Cheltenham, PA 19012

VIA ECF
Michael A. Cibik, Esq. on behalf of Debtors
Kenneth E. West Esq., Chapter 13 Trustee