UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br><br>Debtors | Chapter 13<br>Case No. 26-13740-PMM |
| BMW FINANCIAL SERVICES NA, LLC SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA<br><br>Movant<br><br>v.<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

MODIFYING
**ORDER ~~TERMINATING~~ AUTOMATIC STAY**

AND NOW, this 13th day of October, 2026, upon consideration of the Motion for Relief from Automatic Stay ("Motion"), filed by BMW Financial Services NA, LLC service provider for BMW Bank of North America ("Movant"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is modified ~~terminated~~, permitting BMW Financial Services NA, LLC service provider for BMW Bank of North America and its successors and assigns, to exercise its rights under applicable law against the collateral; and BMW Financial Services NA, LLC service provider for BMW Bank of North America is allowed to

enforce the contract rights as it pertains to the 2010 Rolls Royce Ghost VIN No. SCA664S5XAUX48555 to obtain possession of and/or dispose of the Property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the collateral and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

**Date: October 13, 2026**

Patricia M. Mayer
_______________________________
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge