United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Adeel S. Gill
Nabeela S. Mall
Debtors

Case No. 26-13740-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 28, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | Adeel S. Gill, 145 Kingston Rd, Cheltenham, PA 19012-1213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor BMW Financial Services NA LLC service provider for BMW Bank of North America ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Nabeela S. Mall help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Adeel S. Gill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT J. MALLOY | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br><br>Debtors | Chapter 13<br>Case No. 26-13740-PMM |
| BMW FINANCIAL SERVICES NA, LLC SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA<br><br>Movant<br><br>v.<br><br>ADEEL S. GILL<br>NABEELA S. MALL<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

MODIFYING

**ORDER ~~TERMINATING~~ AUTOMATIC STAY**

AND NOW, this 13th day of October, 2026, upon consideration of the Motion for Relief from Automatic Stay ("Motion"), filed by BMW Financial Services NA, LLC service provider for BMW Bank of North America ("Movant"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is ~~terminated~~ modified, permitting BMW Financial Services NA, LLC service provider for BMW Bank of North America and its successors and assigns, to exercise its rights under applicable law against the collateral; and BMW Financial Services NA, LLC service provider for BMW Bank of North America is allowed to

enforce the contract rights as it pertains to the 2010 Rolls Royce Ghost VIN No. SCA664S5XAUX48555 to obtain possession of and/or dispose of the Property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the collateral and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

**Date: October 13, 2026**

Patricia M. Mayer

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge